AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOEY LEE MARKHAM,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:07-CV-00088-HDM-RAM**

ATTORNEY GENERAL OF
THE STATE OF NEVADA, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this court finds petitioner's petition for a writ of habeas corpus (Document #2) as untimely filed pursuant to the applicable statute of limitations, and is there for dismissed without prejudice.

   April 29, 2008                                                         **LANCE S. WILSON**
                                                                                    Clerk

                                                                  /s/ Katie Lynn Ogden
                                                                    Deputy Clerk